IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TARIQ L. BELT, 40945-037 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. WDQ-07-1299 |
| | * | |
| WARDEN | * | |
| | * | |
| Defendant | * | |

oOo

**MEMORANDUM**

Pending is a pro se complaint filed by Tariq L. Belt, a federal inmate, requesting *inter alia*, production of documents in connection with "a pending prosecution for fraud, negligence, abuse of process, and violations of the aggregation doctrine." Plaintiff characterizes his request as "commercial" and "not a request pursuant to any act of Congress." Although Plaintiff has not submitted the $350.00 filing fee nor moved to proceed in forma pauperis, the Court will grant him leave to proceed in forma pauperis for the limited purpose of preliminary review.

Mindful that Plaintiff is a pro se litigant, the Court has accorded the Complaint liberal construction. *See Gordon v. Leeke*, 574 F.2d 1147, 1153 (4th Cir. 1978). It is, however, unclear on what legal basis Plaintiff requests documents. Federal courts are not "agencies" from which Freedom of Information Act material may be obtained. *See* 5 U.S.C. § 551(1)(B); *see also Warth v. Department of Justice*, 595 F. 2d. 521, 523 (9th Cir. 1979). To the extent Belt seeks copy work, he has failed to particularize his request or identify a pending action for which the documents are needed. *See United States v. MacCollum*, 426 U.S. 317, 326 (1975); *United States v. Shoaf*, 341 F. 2d 832, 834 (4th Cir. 1964). If Plaintiff intends to make a request for production of documents, discovery does not begin in a prisoner civil rights action under until the court issues a scheduling order or otherwise orders that

discovery proceed, unless the parties agree. *See* Local Rule 104.4 (D. Md).

Accordingly, the request for records will be denied and the Court will dismiss the Complaint. A separate Order follows

<u>June 13, 2007</u>                                                          <u>          /s/                   </u>
Date                                                                          William D. Quarles, Jr.
                                                                              United States District Judge